IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **NUKOTE INTERNATIONAL, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 3:09-0921** |
| | ) | **Judge Trauger** |
| **OFFICE DEPOT, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Withdraw the Reference, Transfer Venue, and Extend the Time to Respond to the Complaint filed by the defendant, Office Depot, Inc. (Docket No. 1) is **GRANTED** and this case is hereby **TRANSFERRED** to the United States District Court for the Southern District of Florida (West Palm Beach Division).

It is so ordered.

Enter this 16th day of November 2009.

ALETA A. TRAUGER
United States District Judge